UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

LYRIS BRADY,

          Plaintiff,

    v.

APPLE INC.,

          Defendant.

Case No.: 1:26-cv-03073-KAS

---

### NOTICE OF ENTRY OF APPEARANCE

---

To the Clerk of Court, all Parties and Counsel of record:

I, Andrew Tulumello of Weil, Gotshal & Manges LLP, hereby certify that I am a member of good standing of the bar of this Court and I appear in this matter as counsel for Defendant Apple Inc.

Dated: July 17, 2026          Respectfully submitted,

*/s/ Drew Tulumello*

DREW TULUMELLO
Drew.Tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M. Street NW, Suite 600
Washington, DC 20036
Tel: 202-682-7000
Fax: 202-857-0940

**NOTICE OF ENTRY OF APPEARANCE**       **1**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and Counsel from Weil, Gotshal & Manges LLP served the below counsel at the following email addresses:

GILLIAN L. WADE
gwade@waykayslay.com
SARA D. AVILA
sara@waykayslay.com
COLLINS KILGORE
ckilgore@waykayslay.com
MARC A. CASTANEDA
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Lyris Brady*

/s/ Drew Tulumello
Drew Tulumello

**NOTICE OF ENTRY OF APPEARANCE**                    2